# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 14-1122 vonRosenberg v. Lawrence et al |
| **Originating No. & Caption** | 2:13-cv-00587-CWH vonRosenberg v. Lawrence et al |
| **Originating Court/Agency** | U.S. District Court of South Carolina, Charleston Division |

| **Jurisdiction** (answer any that apply) | | |
|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. 1291 | |
| Time allowed for filing in Court of Appeals | | |
| Date of entry of order or judgment appealed | 08/23/13 | |
| Date notice of appeal or petition for review filed | 02/05/14 | |
| If cross appeal, date first appeal filed | | |
| Date of filing any post-judgment motion | 09/16/13 | |
| Date order entered disposing of any post-judgment motion | 01/15/14 | |
| Date of filing any motion to extend appeal period | | |
| Time for filing appeal extended to | | |
| Is appeal from final judgment or order? | ● Yes | ○ No |
| If appeal is not from final judgment, why is order appealable? | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 804-379-4071.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ● No |

01/30/2013
SCC

| Transcript (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ● Yes | ○ No |
| Has transcript been filed in district court? | ● Yes | ○ No |
| Is transcript order attached? | ○ Yes | ● No |

| Case Handling Requirements (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | | |
| Case number of any pending appeal in same case | | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ● Yes | ○ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ● Yes | ○ No |
| Does case involve question of first impression? | ● Yes | ○ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ● No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

**Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.)

Appellant Bishop vonRosenberg, is the Provisional Bishop of The Protestant Episcopal Church in the Diocese of South Carolina (the "Diocese"), a diocese of The Protestant Episcopal Church in the United States of America ("The Episcopal Church" or the "Church"). Since his election and installation as Bishop on January 26, 2013, however, Bishop vonRosenberg has been confronted with the claims of the Appellee and former Bishop of the Diocese, The Right Reverend Mark J. Lawrence, that he remains the Bishop of the Diocese. Appellant alleges that Bishop Lawrence's claims are false: In the fall of 2012, after denouncing and disaffiliating from the Church, Bishop Lawrence was removed from his position in The Episcopal Church by the highest authorities in the Church, and the First Amendment commands that their decision control in a controversy concerning the polity of a hierarchical church. Nevertheless, Bishop Lawrence continues to hold himself out as the Bishop of the Diocese and continues to use the Diocese's marks in his communications with people of faith and the general public.

Continued on attached page.

**Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary)

Did the District Court err in abstaining from jurisdiction over Appellant's claims for injunctive and declaratory relief under the Lanham Act?

Did the District Court err in denying the Plaintiffs' motion for a preliminary injunction?

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.)

| Adverse Party: | Adverse Party: |
|---|---|
| Attorney:<br>Address:　　See Attached | Attorney:<br>Address: |
| E-mail: | E-mail: |
| Phone: | Phone: |

**Adverse Parties (continued)**

| Adverse Party: | Adverse Party: |
|---|---|
| Attorney:<br>Address: | Attorney:<br>Address: |
| E-mail: | E-mail: |
| Phone: | Phone: |

| **Appellant** (Attach additional page if necessary.) ||
|---|---|
| Name: The Right Reverend Charles G. vonRosenberg<br><br>Attorney Address: Thomas S. Tisdale, Jason S. Smith<br>Hellman Yates & Tisdale, PA<br>King & Queen Building<br>145 King Street, Suite 102<br>Charleston, SC 29401<br><br>E-mail: tst@hellmanyates.com<br><br>Phone: (843) 266-9099 | Name: The Right Reverend Charles G. vonRosenberg<br><br>Attorney Address: Matthew D. McGill<br>Gibson, Dunn & Crutcher LLP<br>1050 Connecticut Ave., NW<br>Washington, DC 20036<br><br>E-mail: mmcgill@gibsondunn.com<br><br>Phone: (202) 955-8500 |
| **Appellant (continued)** ||
| Name:<br><br>Attorney:<br>Address:<br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br>E-mail:<br><br>Phone: |

Signature: /s/ Thomas S. Tisdale      Date: 02/25/14

Counsel for: Charles G. vonRosenberg

**Certificate of Service**: I certify that on 02/25/14 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below (Attach additional page if necessary):

| | |
|---|---|
| Howell V. Bellamy, Jr., Esq.<br>The Bellamy Law Firm<br>PO Box 357<br>Myrtle Beach, SC 29578<br><br>Matthew D. McGill, Esq.<br>Gibson, Dunn & Crutcher, LLP<br>1050 Connecticut Ave., NW<br>Washington, DC 20036 | Andrew S. Platte, Esq.<br>Speights & Runyan<br>2015 Boundary St., Ste. 239<br>Beaufort, SC 29902 |

Signature: /s/ Thomas S. Tisdale      Date: 02/25/14

**Nature of Case - Continued**

To redress this conduct, Bishop vonRosenberg filed this action, alleging violations of section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a). Bishop Lawrence's use of certain service marks of the Diocese and his false representations that he remains Bishop of the Diocese constitute trademark infringement and false advertising within the meaning of the Act. As alleged in his Complaint, Bishop vonRosenberg has been irreparably harmed by these ongoing violations of federal law. Bishop Lawrence's conduct confuses consumers of religious services, diverts to him and his followers financial and spiritual support that would otherwise be directed toward Bishop vonRosenberg, impedes the exercise of the duties that have been entrusted to Bishop vonRosenberg, and restricts Bishop vonRosenberg's ability to exercise the authority of his office and to control the religious reputation of the Diocese.

Immediately after this action was commenced, Bishop vonRosenberg moved for a preliminary injunction. Bishop Lawrence in turn moved for abstention in favor of a state court action that he and his followers had previously instigated, purporting to be the Diocese's corporations and numerous parish corporations, against The Episcopal Church, involving control and ownership of corporate property.

The District Court granted the motion for abstention and dismissed the case. In so doing, the District Court denied the motion for a preliminary injunction without considering its merits.

**Attorneys for Appellee Mark J. Lawrence**

C. Alan Runyan, Esq.
Andrew S. Platte, Esq.
Speights & Runyan
2015 Boundary St., Ste. 239
Beaufort, SC 29902
arunyan@speightsrunyan.com
splatte@speightsrunyan.com
Telephone: (803) 943-4444

Howell V. Bellamy, Jr., Esq.
The Bellamy Law Firm
1000 29th Ave. North
PO Box 357 (29578)
Myrtle Beach, SC 29577
dnep@bellamylaw.com
Telephone: (843) 448-2400

Henrietta U. Golding, Esq.
McNair Law Firm
PO Box 336
Myrtle Beach, SC 29578
hgolding@mcnair.net
Telephone: (843) 444-1107

Charles H. Williams, II, Esq.
Williams & Williams
PO Box 1084
Orangeburg, SC 29116
chwilliams@williamsattys.com
Telephone: (803) 534-5218

David S. Cox, Esq.
Womble, Carlyle, Sandridge & Rice, LLP
PO Box 999
Charleston, SC 29402
dcox@wcsr.com
Telephone: (843) 722-3400